IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

HUNTER PACK

Plaintiff,

vs.

BARNETT OUTDOORS, LLC; SYNERGY OUTDOORS, LLC; and WILDGAME INNOVATIONS, LLC,

Defendants.

Civil Action No. 8:17-cv-00758-EAK-AEP

______________________________/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW, the Plaintiff, HUNTER PACK, and Defendants, BARNETT OUTDOORS, LLC; SYNERGY OUTDOORS, LLC; and WILDGAME INNOVATIONS, LLC, by their undersigned counsel, and stipulate and agree to dismiss the above captioned action with prejudice, and move this Court for an Order of Dismissal with Prejudice of this action in its entirety, with each party bearing his own costs and attorney's fees.

**CERTIFICATION**

All parties certify that they are in agreement with the relief stated above.

Robert M. Fulton, Esquire
Nicole Duga, Esquire
Hill, Ward & Henderson, P.A.
P.O. Box 2231
Tampa, FL 33601-2231
bob.fulton@hwhlaw.com
nicole.duga@hwhlaw.com
Counsel for Defendants

Joseph H. Saunders, Esquire
Saunders & Walker, P.A.
P.O. Box 1637
Pinellas Park, FL 33780-1637
joe@saunderslawyers.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy hereof was electronically served upon Robert M. Fulton, Esquire, and Nicole Duga, Esquire, Hill, Ward & Henderson, P.A., P.O. Box 2231, Tampa, FL 33601-2231; bob.fulton@hwhlaw.com and Nicole.duga@hwhlaw.com, counsel for Defendants, Barnett Outdoors, LLC, Synergy Outdoors, LLC and Wildgame Innovations, LLC, on this 3rd day of July, 2018.

/s/Joseph H. Saunders
Joseph H. Saunders, Esquire
SAUNDERS & WALKER, P.A.
3491 Gandy Boulevard North, Ste. 200
Pinellas Park, FL 33781
Phone: (727) 579-4500
Facsimile: (727) 577-9696
FBN 341746
joe@saunderslawyers.com

cc: John Colvin, Esquire; john@colvin-law.com; cathy@colvin-law.com
Christopher Sheean, Esquire; csheean@smbtrials.com; msy@smbtrials.com